■ JDOC Construction, LLC, Respondent, v Victor Balabanow et al., Appellants. [760 NYS2d 678] —In an action,

inter alia, seeking specific performance, the defendants appeal from an order of the Supreme Court, Suffolk County (Hall, J.), entered January 15, 2002, which granted the plaintiff's motion for a preliminary injunction.

Ordered that the order is reversed, on the law, with costs, and the motion is denied.

To prevail on a motion for a preliminary injunction, a movant must establish the likelihood of success on the merits, irreparable injury in the absence of an injunction, and a balance of equities in its favor (*see Aetna Ins. Co. v Capasso,* 75 NY2d 860 [1990]; *Somers Stained Glass Corp. v Somers Designs,* 277 AD2d 442 [2000]). Further, the movant must demonstrate a clear right to relief which is plain from the undisputed facts (*see Blueberries Gourmet v Aris Realty Corp.,* 255 AD2d 348, 350 [1998], citing *Family Affair Haircutters v Detling,* 110 AD2d 745, 747 [1985]).

Here, the plaintiff failed to establish its likelihood of success on the merits. Accordingly, the Supreme Court should have denied the motion for a preliminary injunction (*see Aetna Ins. Co. v Capasso, supra; see generally Reiss v Financial Performance Corp.,* 97 NY2d 195, 199 [2001]; *W.W.W. Assoc. v Giancontieri,* 77 NY2d 157 [1990]). Altman, J.P., Smith, McGinity and Crané, JJ., concur.